# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SANDRA FRENCH, | ) |
| Plaintiff, | ) |
| | ) NO. 1:18-cv-00024 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| NANCY A. BERRYHILL, Acting | ) MAGISTRATE JUDGE |
| Commissioner of Social Security, | ) FRENSLEY |
| Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's Motion to Dismiss this action with prejudice, indicating all matters in dispute have been resolved. (Doc. No. 19). Accordingly, this action is **DISMISSED**, with prejudice, and the Clerk is directed to close the file.

This Order shall constitute the final judgment in this case under Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE